```
TAYLOR CARRINGTON BUSHA      MARINER FINANCE              VANDERBILT MORTGAGE
1388 PURVIS TO BAXTERVILLE RD ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
PURVIS, MS 39475             8211 TOWN CENTER DRIVE        PO BOX 9800
                             NOTTINGHAM, MD 21236          MARYVILLE, TN 37802


THOMAS C. ROLLINS, JR.       MIDLAND CREDIT MGMT          WALMART CREDIT
THE ROLLINS LAW FIRM, PLLC   ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
P.O. BOX 13767               PO BOX 939069                PO BOX 30285
JACKSON, MS 39236            SAN DIEGO, CA 92193          SALT LAKE CITY, UT 8413


AFFIRM, INC.                 NELNET
ATTN: BANKRUPTCY             PO BOX 82561
650 CALIFORNIA ST            LINCOLN, NE 68501
FL 12
SAN FRANCISCO, CA 94108

CAPITAL ONE                  PINNACLE MEDICAL SOLUT
ATTN: BANKRUPTCY             P.O. BOX 743708
PO BOX 30285                 LOS ANGELES, CA 90074-3708
SALT LAKE CITY, UT 84130


DISCOVER FINANCIAL           PORTFOLIO RECOVERY
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
PO BOX 30943                 120 CORPORATE BLVD
SALT LAKE CITY, UT 84130     NORFOLK, VA 23502


GOLDMAN SACHS BANK USA       PREFERRED CREDIT INC
ATTN: BANKRUPTCY             628 ROOSEVELT
PO BOX 70379                 ST CLOUD, MN 56301
PHILADELPHIA, PA 19176


KEESLER FCU                  SOUTHERN BONE & JOINT
ATTN: BANKRUPTCY             3688 VETERANS MEMORIAL
P.O.BOX 7001                 STE 200
BILOXI, MS 39531             HATTIESBURG, MS 39401


KEESLER FCU                  SYNCHRONY BANK
ATTN: BANKRUPTCY             ATTN: BANKRUPTCY
PO BOX 7001                  PO BOX 965060
BILOXI, MS 39534             ORLANDO, FL 32896


LVNV FUNDING LLC             TRUEACCORD CORP
RESURGENT CAPITAL            16011 COLLEGE BLVD
PO BOX 1269                  SUITE 130
GREENVILLE, SC 29602         LENEXA, KS 66219
```