United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-51763-KMS
Taylor Carrington Busha Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Jan 22, 2026      Form ID: n031      Total Noticed: 25

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Taylor Carrington Busha, 1388 Purvis To Baxterville Rd, Purvis, MS 39475-4444 |
| 5592387 | | Pinnacle Medical Solut, P.O. Box 743708, Los Angeles, CA 90074-3708 |
| 5592390 | + | Southern Bone & Joint, 3688 Veterans Memorial, Ste 200, Hattiesburg, MS 39401-8246 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5592377 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Jan 22 2026 19:56:00 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5592378 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2026 19:45:40 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5592379 | | Email/Text: mrdiscen@discover.com | Jan 23 2026 08:39:00 | Discover Financial, Attn: Bankruptcy, Po Box 30943, Salt Lake City, UT 84130 |
| 5592380 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Jan 22 2026 19:37:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5608682 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 22 2026 19:37:00 | Jefferson Capital Systems LLC, PO Box 7999, St. Cloud, MN 56302-9617 |
| 5592381 | + | Email/Text: melissa.martin@kfcu.org | Jan 22 2026 19:37:00 | Keesler FCU, Attn: Bankruptcy, P.O.Box 7001, Biloxi, MS 39534-7001 |
| 5592382 | + | Email/Text: melissa.martin@kfcu.org | Jan 22 2026 19:37:00 | Keesler Federal Credit Union, Po Box 7001, Biloxi, MS 39534-7001 |
| 5592383 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 20:06:54 | LVNV Funding LLC, Resurgent Capital, Po Box 1269, Greenville, SC 29602-1269 |
| 5596683 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 22 2026 21:02:16 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5592384 | + | Email/Text: bankruptcy@marinerfinance.com | Jan 22 2026 19:36:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 5608167 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 22 2026 19:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5592385 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 22 2026 19:37:00 | Midland Credit Mgmt, Attn: Bankruptcy, Po Box 939069, San Diego, CA 92193-9069 |
| 5592386 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 22 2026 19:37:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5610411 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2026 19:45:47 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5592388 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 22 2026 21:21:23 | Portfolio Recovery, Attn: Bankruptcy, 120 Corporate Blvd, Norfolk, VA 23502 |
| 5592389 | | Email/Text: banko@preferredcredit.com | Jan 22 2026 19:36:00 | Preferred Credit Inc, 628 Roosevelt, St Cloud, MN |

| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 22, 2026 | Form ID: n031 | Total Noticed: 25 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 5592391 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 22 2026 19:45:47 | Synchrony Bank, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5592392 | + | Email/Text: accountservicing@trueaccord.com | Jan 22 2026 19:36:00 | TrueAccord Corp, 16011 College Blvd, Suite 130, Lenexa, KS 66219-9877 |
| 5597346 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jan 22 2026 19:37:00 | US DEPARTMENT OF EDUCATION C/O NELNET, 121 S. 13TH STREET, LINCOLN, NE 68508-1911 |
| 5592393 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Jan 22 2026 19:37:00 | Vanderbilt Mortgage, Attn: Bankruptcy, Po Box 9800, Maryville, TN 37802-9800 |
| 5601955 | + | Email/Text: BANKRUPTCYNOTICES@ClaytonHomes.com | Jan 22 2026 19:37:00 | Vanderbilt Mortgage and Finance, Inc., PO Box 9800, Maryville, TN 37802-9800 |
| 5592394 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 22 2026 19:45:47 | Walmart Credit, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Vanderbilt Mortgage and Finance, INC., PO BOX 9800, Maryville, TN 37802-9800 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 24, 2026        Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 22, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Rawlings | ecfnotices@rawlings13.net  sduncan@rawlings13.net |
| Thomas Carl Rollins, Jr | on behalf of Debtor Taylor Carrington Busha trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 3

Form n031−ntcplancnf (9/30/2020)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Mississippi

**Case No.:** 25−51763−KMS
**Chapter:** 13

**In re:**

Taylor Carrington Busha
1388 Purvis To Baxterville Rd
Purvis, MS 39475

### Notice of Entry of Order Confirming Plan

The Court entered an Order on January 22, 2026 (Dkt. # 18 ) confirming the Debtor's Chapter 13 Plan.

The confirmation order is available for download from the court's CM/ECF system via PACER and for inspection/copying at the following locations:

| Jackson Office: | Gulfport Office: |
|---|---|
| Clerk, U.S. Bankruptcy Court | Clerk, U.S. Bankruptcy Court |
| Southern District of Mississippi | Southern District of Mississippi |
| Thad Cochran U.S. Courthouse | Dan M. Russell, Jr. U.S. Courthouse |
| 501 East Court Street, Suite 2.300 | 2012 15th Street, Suite 244 |
| Jackson, MS 39201 | Gulfport, MS 39501 |
| 601−608−4600 | 228−563−1790 |

Dated: January 22, 2026                Danny L. Miller, Clerk of Court